IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ELIZABETH CIRVES,

            Petitioner,                    JUDGMENT IN A CIVIL CASE

v.                                        Case No. 12-cv-429-bbc

UNITED STATES OF AMERICA,

            Respondent.

---

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that petitioner Elizabeth Cirves' motion for post conviction relief under 28 U.S.C. § 2255 is DENIED as untimely.

_Peter Oppeneer_                                        7/5/12
Peter Oppeneer, Clerk of Court                    Date